NOTE: CHANGES MADE BY COURT

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE KENNEDY,<br><br>          Plaintiff,<br><br>     v.<br><br>PETSMART LLC, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 8:23-cv-00403-FWS-JDE_<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT FOR THE COUNTY OF ORANGE [13]** |

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation for Remand to the Superior Court for the County of Orange [13] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The amount in controversy in the above-captioned action is no more than $74,999.99; and
2. The above-captioned action is **REMANDED** to the Orange County Superior Court, Case Number 30-2022-01286835-CU-PO-NJC.

**IT IS SO ORDERED**.

DATED: April 28, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE